UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-00287-JPH-DLP |
| | ) | |
| IRVING FREELING, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Tim A. Baker has entered a Report and Recommendation, dkt. 65, recommending that the Court revoke Mr. Freeling's supervised release and sentence him to 18 months imprisonment with no supervised release to follow. The parties have had the opportunity to object but have not done so. See Fed. R. Crim. P. 59(b)(2); 28 U.S.C. § 636(b)(1)(C).

The Court has considered and now **ADOPTS** the Report and Recommendation and all findings therein, dkt. [65]. The Court now **ORDERS** that Irving Freeling's supervised release is therefore **REVOKED**, dkt. [57], and Mr. Freeling is sentenced to the custody of the Attorney General or his designee for imprisonment of 18 months with no supervised release to follow.

**SO ORDERED.**

Date: 3/19/2026

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C